**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br><br>    Anthony Pellegrino,<br>    Ramona Pellegrino,<br><br>              Debtors | Chapter 13<br><br>Bankruptcy No. 21-12152-PMM |

**Withdrawal of Appearance**

To the Clerk of Court:

    Please withdraw my appearance as counsel for the Debtors in this matter.

Date: May 13, 2025
                                        JENSEN BAGNATO, P.C.
                                        Outgoing Counsel for Debtors

                                        By: /s/ Erik B. Jensen
                                            Erik B. Jensen, Esquire
                                            Attorney ID #40330
                                            1500 Walnut Street, Suite 1510
                                            Philadelphia, PA 19102
                                            215-546-4700
                                            erik@jensenbagnatolaw.com

**Entry of Appearance**

To the Clerk of Court:

    Please enter my appearance as counsel for the Debtors in this matter.

Date: May 13, 2025
                                        CIBIK LAW, P.C.
                                          Counsel for Debtors

                                        By: /s/ Michael A. Cibik
                                            Michael A. Cibik, Esquire
                                            Attorney ID #23110
                                            1500 Walnut Street, Suite 900
                                            Philadelphia, PA 19102
                                            215-735-1060
                                            cibik@cibiklaw.com