| **Fill in this information to identify the case:** |
|---|
| Debtor 1     Anthony Pellegrino |
| Debtor 2     Ramona Pellegrino |
| United States Bankruptcy Court for the: Eastern District of Pennsylvania |
| Case number :    21-12152-pmm |

## Official Form 410S1
## Notice of Mortgage Payment Change
**12/15**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment is due. See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | **Sailfish Servicing, LLC** | **Court claim no.** (if known): | **N/A** |
| **Last 4 digits** of any number you use to identify the debtor's account: | **1525** | **Date of payment change:** Must be at least 21 days after date of this notice | **09/01/2025** |
| | | **New total payment:** Principal, interest, and escrow, if any | **$1,842.68** |

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   [ ] No

   [X] Yes. Attach a copy of the escrow account statement prepared in a form consistent with the applicable nonbankruptcy law.
   Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment: $290.19**          **New escrow payment: $319.80**

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   [X] No

   [ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:**                        **New interest rate:**
   **Current Principal and interest payment:**       **New principal and interest payment:**

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   [X] No

   [ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification
   agreement. (Court approval may be required before the payment change can take effect).
   Reason for change:

   **Current mortgage payment:**                     **New mortgage payment:**

| | | | |
|---|---|---|---|
| Debtor 1 | Anthony Pellegrino | Case number (if known) | 21-12152-pmm |
| | First Name   Middle Name   Last Name | | |

## Part 4: Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Jason Seals                                             Date  07/16/25
Signature

Print:  Jason Seals                           Title  Authorized Agent for Creditor

Company     Padgett Law Group

Address     6267 Old Water Oak Road, Suite 203

            Tallahassee FL, 32312

Contact phone   (850) 422-2520         Email   PLGinquiries@padgettlawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re;

**Anthony Pellegrino**　　　　　　　　　　　　　　Case No.: 21-12152-pmm
**Ramona Pellegrino**

Debtor(s)　　　　　　　　　　　　　　　　　　　Chapter: 13

**CERTIFICATE OF SERVICE**

I, hereby certify that on 07/21/2025, a true and correct copy of the foregoing document was served via United States Mail with adequate prepaid postage and/or electronically via the Court's ECF system:

**Service by U.S. First Class Mail**

**Debtor**
Anthony Pellegrino
3309 Capri Drive
Philadelphia, PA 19145

**Co-Debtor**
Ramona Pellegrino
3309 Capri Drive
Philadelphia, PA 19145

**By Electronic Mail**
**Attorney for Debtor**
Jeffrey M. Carbino
Pierson Ferdinand LLP
1007 North Orange Street
The Mill, Suite 420
Wilmington, DE 19801

Michael A. Cibik
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

**Trustee**
Kenneth E. West
Office of the Chapter 13 Standing Trustee
190 North Independence Mall West
Suite 701
Philadelphia, PA 19106

**US Trustee**
United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

　　　　　　　　　　　　　　　　　　　　　　/s/ Jason Seals
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Jason Seals



Toll-free: 855-218-3690 (Monday–Friday, 9AM–8PM ET) | bankruptcy@valon.com | www.valon.com

| | | |
|---|---|---|
| **Anthony Pellegrino and Ramona A Pellegrino** | Loan Number | |
| | Disclosure Date | 07/09/2025 |
| 1007 N ORANGE ST STE 420 | Borrowers | Anthony Pellegrino |
| WILMINGTON, DE 19801 | | Ramona A Pellegrino |

**Bankruptcy Message**

OUR RECORDS REFLECT THAT THE LOAN HAS BEEN IMPACTED BY A BANKRUPTCY FILING. THIS NOTICE IS BEING SENT FOR COMPLIANCE AND INFORMATIONAL PURPOSES. IF YOU ARE IN AN ACTIVE BANKRUPTCY CASE, YOU ARE PROTECTED BY THE AUTOMATIC STAY AND THE INFORMATION CONTAINED IN THIS NOTICE IS NOT AN ATTEMPT TO COLLECT A DEBT FROM YOU. IF YOU RECEIVED A DISCHARGE IN A BANKRUPTCY, ANY PAYMENTS MADE BY YOU, ON THE LOAN, ARE VOLUNTARY. AFTER A BANKRUPTCY DISCHARGE IMPACTING THE LOAN, ANY INTEREST IS LIMITED TO THE PROPERTY ONLY, AND NOT YOU PERSONALLY. THE INFORMATION CONTAINED IN THIS COMMUNICATION IS NOT AN ATTEMPT TO REVIVE PERSONAL LIABILITY ON A DISCHARGED DEBT OR TO COLLECT A DEBT FROM YOU PERSONALLY.

IF YOU HAVE AN ACTIVE CHAPTER 13 BANKRUPTCY PLAN WHICH REQUIRES YOU MAKE PAYMENTS DIRECTLY TO THE TRUSTEE, DO NOT SEND THE PAYMENTS TO VALON. PLEASE SEND THE PAYMENTS TO THE TRUSTEE, IN ACCORDANCE WITH YOUR BANKRUPTCY PLAN. SHOULD YOU HAVE QUESTIONS, PLEASE CONTACT YOUR BANKRUPTCY ATTORNEY OR THE TRUSTEE. IF YOU WANT TO STOP RECEIVING STATEMENTS, PLEASE CONTACT US.

# Escrow Analysis and Payment Update

## Why am I receiving this statement?

We've performed a review of the escrow account. Money is deposited into the escrow account through a monthly escrow payment, and we use that money to pay yearly property tax and insurance costs.

Property tax and insurance bills can change over time, which will impact the amount that needs to be contributed to the escrow account. To calculate the monthly escrow payment, we estimate how much taxes and/or insurance are owed over the next year, and then make sure that the payment will cover the required amount.

## Payment Updates

The new monthly mortgage payment, starting September 1, 2025:

| | | Current Payment | New Payment Starting Sep 2025 |
|---|---|---|---|
| **$1,842.68** Updated Monthly Payment Amount | Principal & Interest | $1,522.88 | $1,522.88 |
| | Escrow Payment | $290.19 | $319.80 |
| | Total monthly payment amount | **$1,813.07** | **$1,842.68** |

**Here is what we found:**

**-$284.11**

Shortage Amount
Learn more at valon.com/shortage

- **The total monthly escrow payment has changed from $290.19 to $319.80** because of both (1) a change in your taxes and/or insurance costs and (2) a shortage in your escrow account.
- Based on next year's projected taxes and/or insurance costs, we predict that the escrow account will fall below the minimum balance required in 03/01/26 by $284.11.
- The monthly escrow payment for the next 12 months includes $23.68 for the shortage. To learn more about other shortage payment options, you can visit valon.com/shortage.
- See the next page for a detailed look at how the new monthly payment amount was calculated.

## How was the new monthly escrow payment calculated?

### 1  We project escrow disbursements for the next 12 months

To calculate escrow disbursements, we've added together the projected tax and insurance costs that need to be paid over the next 12 months. A change to the escrow payment is generally the result of rate changes determined by tax authorities and insurance providers.

| Escrow disbursements | Previous year projection<br>Not serviced by Valon | Next year projection<br>Sep 2025 to Aug 2026 | Difference |
|---|---|---|---|
| Property Insurance | N/A* | $725.89 | N/A |
| City Taxes | N/A* | $2,827.59 | N/A |
| **Total disbursements** | N/A* | **$3,553.48** | N/A |
| Total disbursements split by 12 months | N/A* | $296.12 | N/A |

*To learn more about the escrow account activity before the transfer, please review the previous servicer's most recent escrow statement or contact them directly.

### 2  We calculate whether there will be any projected shortage or surplus in the account

To determine whether the account will have a shortage or surplus, we look at the lowest projected balance the escrow account will reach in the upcoming year and see if that amount is greater or less than the minimum balance required to be in the account. Generally, the escrow account always needs a cash reserve equal to at least 2 monthly escrow payments. We then subtract the minimum balance required from the lowest projected balance. A positive amount is a surplus, while a negative amount is a shortage.

| | | |
|---|---|---|
| Lowest Projected Escrow Balance (03/01/26)<br>The date the escrow account is scheduled to reach its lowest projected balance | | $308.13 |
| Minimum Balance Required<br>Equal to 2 monthly escrow payments, and must always remain in the account as a cash reserve | — | $592.24 |
| **Total annual shortage** | = | **- $284.11** |
| Total shortage split by 12 months | | - $23.68 |

# Detailed Account Projections and History

## Escrow Account Projections from Sep 2025 to Aug 2026

The amounts highlighted in the boxes below indicate the month with the lowest projected escrow balance and minimum required balance.

| Month | Payments to Escrow | Payments from Escrow | Description | Projected Balance | Required Balance |
|---|---|---|---|---|---|
| | | | Starting Balance | $1,788.77 | - |
| 09/01/25 | $296.12 | $0.00 | - | $2,084.89 | $2,369.00 |
| 10/01/25 | $296.12 | $0.00 | - | $2,381.01 | $2,665.12 |
| 11/01/25 | $296.12 | $0.00 | - | $2,677.13 | $2,961.24 |
| 12/01/25 | $296.12 | $0.00 | - | $2,973.25 | $3,257.36 |
| 01/01/26 | $296.12 | $0.00 | - | $3,269.37 | $3,553.48 |
| 02/01/26 | $296.12 | $725.89 | Property Insurance | $2,839.60 | $3,123.71 |
| 03/01/26 | $296.12 | $2,827.59 | City Taxes | $308.13 | $592.24 |
| 04/01/26 | $296.12 | $0.00 | - | $604.25 | $888.36 |
| 05/01/26 | $296.12 | $0.00 | - | $900.37 | $1,184.48 |
| 06/01/26 | $296.12 | $0.00 | - | $1,196.49 | $1,480.60 |
| 07/01/26 | $296.12 | $0.00 | - | $1,492.61 | $1,776.72 |
| 08/01/26 | $296.12 | $0.00 | - | $1,788.73 | $2,072.84 |
| Total | $3,553.44 | $3,553.48 | | | |

## Escrow Account Activity from 10/01/2024 to 07/09/2025

| Month | Deposits to Escrow Projected* | Deposits to Escrow Actual | Payments from Escrow Projected* | Payments from Escrow Actual | Description | Escrow Balance Projected* | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| 10/01/24 | N/A* | $0.00 | N/A* | $0.00 | - | N/A* | $2,150.16 |
| 11/01/24 | N/A* | $290.19 | N/A* | $0.00 | - | N/A* | $2,440.35 |
| 12/01/24 | N/A* | $290.19 | N/A* | $0.00 | - | N/A* | $2,730.54 |
| 01/01/25 | N/A* | $290.19 | N/A* | $0.00 | - | N/A* | $3,020.73 |
| 02/01/25 | N/A* | $0.00 | N/A* | $3,553.48 | Property Insurance, City Taxes | N/A* | -$532.75 |
| 03/01/25 | N/A* | $580.38 | N/A* | $0.00 | - | N/A* | $47.63 |
| 04/01/25 | N/A* | $290.19 | N/A* | $0.00 | - | N/A* | $337.82 |
| 05/01/25 | N/A* | $290.19 | N/A* | $0.00 | - | N/A* | $628.01 |
| 06/01/25 | N/A* | $290.19 | N/A* | $0.00 | - | N/A* | $918.20 |
| 07/01/25 | N/A* | $0.00 | N/A* | $0.00 | - | N/A* | $918.20 |
| 08/01/25 ∆ | $870.57 | - | $0.00 | - | - | $1,788.77 | - |
| Total | | $2,321.52 | | $3,553.48 | | | |

*To learn more about the escrow account activity before the transfer, please review the previous servicer's most recent escrow statement or contact them directly.

∆ These are escrow deposit or disbursement estimates that we expect to occur before the effective date of the new monthly escrow payment.

## Important Disclosure Information

Principal Balance as of October 01, 2024: $235,116.42
Principal Balance as of July 09, 2025: $230,115.75
Total amount paid towards your loan's principal balance during this period: $5,000.67

Valon Mortgage, Inc. is a residential mortgage servicer ▉▉▉▉▉▉▉▉▉▉▉. Copyright © 2025 Valon Mortgage, Inc.

**Legal Notices**

If you are in an active bankruptcy case, you are protected by the automatic stay and the information contained in this notice is not an attempt to collect a debt from you. If you received a discharge in a bankruptcy, any payments made by you, on the loan, are voluntary. After a bankruptcy discharge impacting the loan, any interest is limited to the property only, and not you personally. The information contained in this communication is not an attempt to revive personal liability on a discharged debt or to collect a debt from you personally.

To submit a Notice of Error or Request for Information concerning your account, please send a letter to the following address that includes: the name(s) on the account, the loan number (or any other information to help us identify the loan), and the specific information you are requesting or error you believe occurred.

> Valon Mortgage, Inc.
>
> 6300 Riverside Plaza Ln NW Ste 118 PMB 464190
>
> Albuquerque, NM 87120

Questions? Visit our escrow help center at

### valon.com/escrow

use the link or scan the QR code for resources and FAQs